In the Matter of the Claim of SAM ALOISI, against CHARLES HATKOFF et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued March 4, 1936; decided March 20, 1936.)

*Merton D. Meeker* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Leon Freedman* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.